Same memorandum as in *People v Ollman* ([appeal No. 1] 147 AD3d 1452 [2017]). Present—Whalen, P.J., Centra, Lindley, DeJoseph and Scudder, JJ.

 The People of the State of New York, Respondent, v Laigth A. Ollman, Appellant. (Appeal No. 3.) [46 NYS3d 459]— Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered August 19, 2013. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Ollman* ([appeal No. 1] 147 AD3d 1452 [2017]). Present—Whalen, P.J., Centra, Lindley, DeJoseph and Scudder, JJ.